

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-30-2009

# Christine Craig v. Mills Corp

Precedential or Non-Precedential: Non-Precedential

Docket No. 08-2636

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Christine Craig v. Mills Corp" (2009). *2009 Decisions.* Paper 349.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/349

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 08-2636

_____

CHRISTINE CRAIG;
JAMES CRAIG W/H,
                    Appellants

v.

THE MILLS CORPORATION,
DBA Franklin Mills; FRANKLIN MILLS ASSOCIATES, LP;
CONTROL BUILDING SERVICES, INC.

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(Civ. No. 2-06-cv-05503)

Judge: Honorable Eduardo C. Robreno

Submitted pursuant to Third Circuit LAR 34.1(a)
September 29, 2009

Before: McKEE, CHAGARES and NYGAARD,
*Circuit Judges*

(Opinion filed: October 30, 2009 )

OPINION

1

MCKEE, *Circuit Judge*

Christine and James Craig appeal the district court's order granting summary judgment in favor of the defendants on the tort claim they filed to recover for injuries Christine suffered after slipping and falling at the defendants' retail shopping mall. We will affirm.

As we write primarily for the parties who are familiar with this case, we need not recite the procedural or factual background. Moreover, we have reviewed the thoughtful Memorandum filed by the Hon. Eduardo Robreno on May 23, 2008, explaining why there is no genuine issue of material fact as to defendants' liability and why the defendants are therefore entitled to judgment as a matter of law.

We can add little to Judge Robreno's discussion of this case and we will therefore affirm the order he entered on May 23, 2008, granting summary judgment in favor of Control Building Services, and Franklin Mills Associates, L.P., and against Christine and James Craig, substantially for the reasons set forth therein.